(Opinion published 57 N. W Rep. 61.)

---

BANK OF MONTREAL vs. PETER RICHTER et al.

Argued Oct. 25, 1893.    Affirmed Nov. 29, 1893.   .

No. 8355.

Appeal by plaintiff, Bank of Montreal, from an order of the District Court of Wadena County, G. W. Holland, J., made April 9, 1893, denying its motion for a new trial.

This action was brought against Peter Richter and nine others upon the two promissory notes, one for $500, and the other for $900 mentioned in the statement of the case in the foregoing action (ante, p. 362). The parties

to this action were the same as in that. It was tried December 12, 1892. The pleadings, evidence and proceedings were, so far as legal questions were involved, similar to those in the preceding case. Defendants had a verdict. Plaintiff moved for a new trial, but was denied and it appeals.

*A. G. Broker,* for appellant.

*Coppernoll & Willson,* for respondents.

PER CURIAM. The same questions are presented, and the same conclusions reached, as in the above case, *ante,* p. 362 (57 N. W. Rep. 61.)

Order affirmed.

(Opinion published 57 N. W. Rep. 62.)